UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| VAN E. LEWIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:06-CV-56 CAS |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

Pursuant to the Memorandum and Order entered on this date,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Judgment be entered in favor of Defendant Michael J. Astrue, Commissioner of Social Security, and against Plaintiff Van E. Lewis on Plaintiff's claim for Disability Insurance Benefits under Title II of the Social Security Act and Supplemental Security Income benefits under Title XVI of the Act.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that plaintiff's claims for relief are **DISMISSED** with prejudice.

　　　　　　　　　　　　　　　　　　　　　　　　　
CHARLES A. SHAW
UNITED STATES DISTRICT JUDGE

Dated this ___24th___ day of September, 2007.